UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SARAH BELL,                                       :
                                                  :   Civil Action No.: 3:23-cv-01008-DNH-ML
                Plaintiff,        :
                                                  :
v.                                                :   **PLAINTIFF SARAH BELL'S MOTION**
                                                  :   **FOR DEFAULT JUDGMENT AGAINST**
MAGUIRE CHRYSLER LLC, and      :   <u>**DEFENDANT GABRIEL RUGIERO**</u>
GABRIEL RUGIERO                        :
                                                  :
                Defendants.   :
-------------------------------------------------------x

       Plaintiff, Sarah Bell ("Plaintiff"), by and through counsel, pursuant to Fed. R. Civ. P. 55(b), and for her Motion for Entry of Default Judgment against Defendant Gabriel Rugiero, states as follows:

       1.    Under Federal Rule 55(a) a "Clerk's Entry of Default" was entered against Defendant Rugiero on January 3, 2024. (Dkt. # 22).

       2.    Defendant Rugiero has never filed an answer or responsive pleading to Plaintiff's Complaint (Dkt. #1), nor has Plaintiff's counsel ever been contacted by Defendant Rugiero or an attorney acting on his behalf.

       3.    Upon information and belief, Defendant Rugiero is not a minor or an incompetent person.

       4.    Upon information and belief, Defendant Rugiero is not in the military service. (Dkt. #21).

       5.    Plaintiff's affidavit in support of her contention that she was assaulted by Defendant Rugiero and damaged is attached as Plaintiff's Exhibit 1 to this Motion.

       6.    Plaintiff is seeking input from the Court to determine the amount of her damages as they are "undetermined" and rooted in her claim that the assault and battery have caused and

will continue to cause serious psychological and emotional distress, mental anguish and humiliation.

      7.      The Court should enter Default Judgment against Defendant Rugiero, pursuant to Fed. R. Civ. P. 55(b), because he has made no attempts to address the allegations in Plaintiff's Complaint even though he was properly served on November 10, 2023, as shown by proof of service filed with the Court on November 15, 2023 (Dkt. #14).

      WHEREFORE, Plaintiff Sarah Bell, by and through counsel, respectfully requests the Court enter a Default Judgment, pursuant to Fed. R. Civ. P. 55(b)(2), in favor of Plaintiff Sarah Bell and against Defendant Gabriel Rugiero for assault and battery after an evidentiary hearing on the issue of damages for such sum the Court deems appropriate, for her costs herein expended and for any and other further relief the Court deems appropriate.

Dated: May 13, 2024
      New York, New York

                                      Respectfully submitted,

                                      **MIZRAHI KROUB LLP**

By: _____
Sagar K. Shah
225 Broadway, 39th Floor
New York, NY 10007
Telephone: (212) 595-6200
sshah@mizrahikroub.com
*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing, along with any attachments, was served by United States Postal Service to Defendant Gabriel Rugiero and filed on the Court's electronic filing system on May 13, 2024.

                                                                                                                 _____
                                                                                                                   Sagar Shah